■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CALVIN SMITH, Appellant.—Judgment unanimously affirmed. Memorandum: None of defendant's contentions requires reversal of his convictions for first degree rape and second degree robbery. The victim's pretrial identification of defendant was not impermissibly suggestive and, in any event, the victim had an independent basis to support her trial testimony, given the lengthy face to face conversation she had with the defendant in the bar prior to the incident. Moreover, on this record, the victim's testimony was not impermissibly bolstered and the verdict is not against the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495). Defendant's sentence is not harsh and excessive. His remaining contentions addressed to the court's charge were not preserved for review and do not require reversal in any event. (Appeal from judgment of Onondaga County Court, Cunningham, J.—rape, first degree.) Present—Callahan, J. P., Denman, Green, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROOSEVELT SHAW, JR., Appellant.—Judgment unanimously affirmed. Memorandum: We conclude that the verdict was not against the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495). Defendant did not preserve for our review his contention that the trial court committed reversible error in failing to give a more extensive identification instruction *(see, People v Whalen,* 59 NY2d 273, 279; *People v Beasley,* 114 AD2d 415) and we decline to review that issue in the interest of justice *(see,* CPL 470.15 [6]). Finally, we conclude that the sentence imposed was not harsh and excessive. (Appeal from judgment of Supreme Court, Erie County, Wolfgang, J.—robbery, first degree.) Present—Callahan, J. P., Denman, Green, Balio and Davis, JJ.